RAYMOND FOOTE ET AL. *v.* CAMPBELL
SOUP COMPANY ET AL.
(7938)

SPALLONE, DALY and FOTI, Js.

Argued December 13—decision released December 19, 1989

*Laurence V. Parnoff,* for the appellants (plaintiffs).

*Richard R. Steinmetz,* with whom, on the brief, was *Paul D. Sanson,* for the appellees (defendants).

PER CURIAM. There is no error.